IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
                                                       : CASE NO.  1:14 CV 355
BRITTANI BALL,                                         :
                                                       :
                                         Plaintiff,    : ORDER ADOPTING THE
                                                       : MAGISTRATE JUDGE'S REPORT AND
                -vs-                                   : RECOMMENDATION, GRANTING THE
                                                       : DEFENDANTS' MOTION FOR
                                                       : SUMMARY JUDGMENT, AND
OHIO AMBULANCE SOLUTIONS, LLC,                         : DENYING THE PLAINTIFF'S MOTION
et al.,                                                : FOR PARTIAL SUMMARY JUDGMENT

                                         Defendants.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On April 24, 2015, this matter was referred to United States Magistrate Judge Kenneth S. McHargh for the preparation of a report and recommendation as to the pending dispositive motions. On June 15, 2015, the Magistrate Judge issued an R&R recommending that the defendants' motion for summary judgment be granted and the plaintiff's motion for partial summary judgment be denied. The plaintiff's timely objections and the defendants' response to those objections are now before this Court.

The Court, having reviewed *de novo* those portions of the R&R to which the plaintiff specifically objects, pursuant to Local Rule 72.3(b) and 28 U.S.C. § 636(b)(1), concludes that the plaintiff's objections are without merit and that the R&R is without

error. The R&R is accordingly adopted in its entirety. Therefore, for the reasons stated in the R&R, the defendants' motion for summary judgment is granted. The plaintiff's motion for partial summary judgment is denied.

 IT IS SO ORDERED.

               /s/ Lesley Wells
               UNITED STATES DISTRICT JUDGE

Date: August 28, 2015